```
 1  STANLEY L. GIBSON (047882)
    JOSHUA A. SOUTHWICK (246296)
 2  GIBSON ROBB & LINDH LLP
    100 First Street, 27th Floor
 3  San Francisco, California 94105
    Telephone: (415) 348-6000
 4  Facsimile:  (415) 348-6001
    Email:      sgibson@gibsonrobb.com
 5              jsouthwick@gibsonrobb.com

 6  Attorneys for Plaintiffs PACIFIC ASIAN ENTERPRISES and RLI INSURANCE
    COMPANY
 7
```

FILED
10 JUN 24 PM 2: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ASIAN ENTERPRISES, a California corporation, and RLI INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CROSS CHARTERING N.V., a foreign limited liability company, *in personam;* SSA MARINE, INC., a Washington corporation doing business as STEVEDORE SERVICES OF AMERICA; and M.V. CATALONIA V-285, her machinery, tackle, and engines, etc., *in rem;*<br><br>　　　　Defendants. | Case No.: 10 CV 1335 LAB WVG<br><br>**ADMIRALTY-MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO AND BREACH OF CONTRACT OF CARRIAGE**<br><br>VIA FAX |

Plaintiffs allege as follows:

## GENERAL ALLEGATIONS

1. The causes of action in this complaint are for breach of contract of carriage, and for negligent, reckless and/or intentional damage to ocean cargo. These claims fall within the admiralty jurisdiction of this Court, and are admiralty and maritime claims within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as more fully appears herein.

2. Plaintiff PACIFIC ASIAN ENTERPRISES ("PAE") is now and at all times material herein was a corporation duly organized and existing by virtue of law. PAE was at all times material herein the owner of the hereinafter described cargo. Plaintiff RLI INSURANCE COMPANY ("RLI") is now and at all times material herein was a corporation duly organized and existing by law.

3. Prior to the shipment of the herein described cargo and prior to any loss thereto, plaintiff RLI issued its policy of insurance whereby plaintiff RLI agreed to indemnify the owner of the cargo, and its assigns, against loss or damage, including mitigation expenses, and plaintiff RLI has therefore become obligated to pay, and has paid to the person entitled to payment under said policy the sum of $1,826,777.86, on account of the herein described loss and seeks reimbursement of that amount less offset amounts, for a total un-reimbursed loss of $1,713,498.22. Plaintiff PAE has a $17,839.50 deductible interest on account of the herein described loss.

4. Plaintiffs are informed and believe and on the basis of that information and belief allege, that CROSS CHARTERING N.V., ("CROSS") a foreign limited liability company, and SSA MARINE, INC., a Washington corporation doing business as STEVEDORE SERVICES OF AMERICA, ("SSA") are now and at all times herein material were engaged in business as ocean carriers of goods for hire in international commerce from Asia to the United States, and/or were engaged in business as stevedores and/or longshoremen in the loading, unloading, and handling of cargo in San Diego, California.

5. The defendant vessel, M.V. CATALONIA V-285 ("CATALONIA"), is a Maltese flag vessel of 24,960 tons gross, more or less, and is managed by FH Bertling, KG. The CATALONIA is now or will be during the pendency of this Action within the waters within the territorial jurisdiction of this Honorable Court.

6. Plaintiffs are informed and believe and on the basis of that information and belief allege, that on or about June 4, 2009, defendants CROSS

ADMIRALTY-MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO AND BREACH OF CONTRACT OF CARRIAGE
Case No. _____: Our File No. 5474.60                                              - 2 -

120M283214299.tif - 6/24/2010 1:25:28 PM

1  and CATALONIA, and each of them, received in good order and condition a
2  cargo of one Nordhavn 56' Motor Sailer, Hull No. 5 ("the Nordhavn"), for carriage
3  under bill of lading number CCGJ28509KASD001, and others, issued by and/or
4  on behalf of said defendants. CROSS and defendant vessel CATALONIA agreed,
5  under contracts of carriage and in return for good and valuable consideration, to
6  carry the Nordhavn from Kaohsiung, Taiwan, to San Diego, California and there
7  deliver said Nordhavn to the lawful holder of the aforementioned bills of lading,
8  and others, in the same good order, condition, and quantity as when received.
9        7.    Plaintiffs are informed and believe and on the basis of such
10 information and belief allege, that on or about June 27, 2009, upon the
11 CATALONIA's arrival in San Diego, and during off-loading of the Nordhavn
12 from the CATALONIA by CROSS and SSA and others via a pair of ship's cranes,
13 the Nordhavn was dropped, damaging her such that she sank and became a total
14 loss. Plaintiffs accordingly suffered net damages in the amount of depreciation to
15 the value of the Nordhavn and expenses incurred as a result of the sinking, in the
16 amount of $1,731,337.73.

17                    **FIRST CAUSE OF ACTION**
18 **(Breach of Contract - Damage to Cargo - Against CROSS and CATALONIA)**
19      8.    Plaintiffs reallege and incorporate paragraphs one through seven
20 above.
21      9.    In breach of and in violation of the agreements alleged in paragraph
22 six above, defendants and each of them did not deliver the Nordhavn in the same
23 good order, condition, and quantity as when received in Taiwan. To the contrary,
24 the Nordhavn was 'delivered' as a total loss after she was raised following the
25 crane accident and subsequent sinking as set forth in paragraph 7. Plaintiffs
26 accordingly suffered damages in the amount of depreciation to the value of the
27 Nordhavn and expenses incurred as a result of the sinking, in the amount of
28 $1,731,337.73.

ADMIRALTY-MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO AND BREACH OF CONTRACT OF CARRIAGE
Case No. _____ : Our File No. 5474.60                                             - 3 -

120M283214299.tif - 6/24/2010 1:25:28 PM

10. Wherefore, plaintiffs pray for judgment as hereinafter set forth.

## SECOND CAUSE OF ACTION

### (Reckless, Intentional and Negligent Damage to Cargo - Against Defendants SSA, CROSS, and CATALONIA)

11. Plaintiffs reallege and incorporate paragraphs one through seven above.

12. SSA, CROSS, and CATALONIA owed a duty to exercise due care in the carriage, loading and unloading of the Nordhavn.

13. Defendants SSA, CROSS, and CATALONIA breached their respective duties of due care by, among other things, failing to properly, safely, or carefully unload the Nordhavn from the CATALONIA upon arrival in San Diego. Moreover, SSA, CROSS, and CATALONIA acted recklessly and with knowledge or substantial certainty that the NORDHAVN would be damaged. Before the dropping and sinking of the NORDHAVN, employees and agents of the defendants witnessed and remarked that the crane operators for the two cranes were failing to operate the cranes properly during the unloading of other cargo, thereby risking dropping cargo. Despite these observations, defendants allowed the crane operators to continue unloading the vessel, and the crane operators' improper operations allowed the Nordhavn to fall from her cradle, hit the CATALONIA, and sink. Defendants, and each of them, allowed the crane operators to flee the scene of the accident.

14. Said reckless and intentional conduct and breaches of duty actually and proximately caused the Nordhavn to be dropped, damaging her and causing her to sink. As a result, plaintiffs suffered net damages in the amount of depreciation to the value of the Nordhavn and expenses incurred as a result of the dropping and sinking, in the amount of $1,731,337.73.

15. Wherefore, plaintiffs pray for judgment as hereinafter set forth.

WHEREFORE, for the first and second causes of action plaintiffs pray that

1  process in due form of law and according to the practice of this Honorable Court
2  may issue against the defendant vessel, her engines, tackle, machinery, equipment,
3  etc., that she be condemned and sold to pay any judgment rendered herein, and
4  that all persons having any interest in said vessel be required to appear and answer
5  under oath the matters aforesaid; that summons may issue against the defendants;
6  that this Court decree payment by defendants, and each of them, to plaintiffs of the
7  aforesaid damages, together with prejudgment interest thereon and costs of suit
8  herein; and that plaintiffs have such other and further relief as in law and justice
9  they may be entitled to receive.

Dated: June 24, 2010

GIBSON ROBB & LINDH LLP

By: _____
Joshua A. Southwick
jsouthwick@gibsonrobb.com
Attorneys for Plaintiffs
RLI INSURANCE COMPANY and
PACIFIC ASIAN ENTERPRISES

ADMIRALTY-MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO AND BREACH OF CONTRACT OF CARRIAGE
Case No. _____ : Our File No. 5474.60                                           - 5 -

120M283214299.tif - 6/24/2010 1:25:28 PM

## VERIFICATION

I, __J. SCOTT SCHERBAN__, declare:

I am the __SUBROGATION MANAGER__ of RLI Insurance Company, a plaintiff in the above-entitled matter, and I have been authorized to make this verification on its behalf;

I have read the foregoing **ADMIRALTY-MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO AND BREACH OF CONTRACT OF CARRIAGE** and know the contents thereof. I am informed and believe that the matters stated therein are true and on that ground I allege that the matters stated therein are true.

I declare under penalty of perjury under the laws of the State of California and The United States of America, that the foregoing is true and correct.

Executed this __24th__ day of June, 2010, at __NEW YORK__, __NEW YORK__.

_/s/ J. Scott Scherban_

ADMIRALTY-MARITIME COMPLAINT FOR RECKLESS AND NEGLIGENT DAMAGE TO
OCEAN CARGO BREACH OF CONTRACT OF CARRIAGE
Case No.            : Our File No. 5474.60                                              - 6 -

120M283214299.tif - 6/24/2010 1:25:28 PM      TOTAL P.07

**ORIGINAL**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PACIFIC ASIAN ENTERPRISES and RLI INSURANCE COMPANY

## DEFENDANTS
CROSS CHARTERING N.V., SSA MARINE, INC. dba STEVEDORE SERVICES OF AMERICA and M.V. CATALONIA V-285

**(b)** County of Residence of First Listed Plaintiff __Orange__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
(415) 348-6000

Attorneys (If Known)

'10 CV 1335 LAB WVG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| X 120 Marine | 310 Airplane / 362 Personal Injury – Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury – Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | X 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | 360 Other Personal Injury / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motion to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | IMMIGRATION | | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities – Employment / 540 Mandamus & Other | 462 Naturalization Application | 871 IRS – Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities – Other / 550 Civil Rights | 463 Habeas Corpus – Alien Detainee | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 555 Prison Condition | 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 1332
Brief description of cause:
Breach of contract of carriage (maritime) and maritime torts

## VII. REQUESTED IN COMPLAINT:
- CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June 24, 2010
SIGNATURE OF ATTORNEY OF RECORD: Joshua A. Southwick

**BY FAX**

FOR OFFICE USE ONLY
RECEIPT # 14940  AMOUNT $350  6/24/10 PH  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CSDJS44

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS014940
Cashier ID: bhartman
Transaction Date: 06/24/2010
Payer Name: ONE LEGAL LLC
----------------------------------
CIVIL FILING FEE
 For: PACIFIC ASIAN ENT V CROSS CHTR
 Case/Party: D-CAS-3-10-CV-001335-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: D3153840
 Amt Tendered:   $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```